UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK STEPHEN PERRY,

        Plaintiff,

   v.

KEVIN CHAPPELL; SGT. R L TURNER,

        Defendants.

Case No. 14-cv-04111-NC

**ORDER RE: SUMMONS**

On June 12, 2015, plaintiff Mark Perry filed an amended complaint and added a new defendant, Sgt. R. L. Turner. Dkt. No. 27. The Court orders the Clerk of the Court to issue summons for defendant Turner. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the amended complaint, any attachments, scheduling orders, and this order upon defendant Turner.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-04111-NC