KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5500
  Facsimile:  (415) 703-5843
  E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendant Chappell*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MARK STEPHEN PERRY**,<br><br>                             Plaintiff,<br><br>     v.<br><br>**KEVIN CHAPPELL, et al.**,<br><br>                            Defendants. | Case No. 14-CV-04111 NC<br><br>**STIPULATION AND *MODIFIED* ORDER TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DUE DATE AND CASE MANAGEMENT CONFERENCE DATE**<br><br>Judge:      The Honorable Nathanael Cousins<br>Trial Date:  None<br>Action Filed: September 10, 2014 |

    Plaintiff Mark Stephen Perry (Plaintiff) and Defendant K. Chappell (Defendant), through their undersigned counsel of record, stipulate and agree as follows:

    1.    On September 10, 2014, Plaintiff commenced this action, filing his original complaint entitled *Mark Stephen Perry v. Kevin Chappell, et al.*  (ECF No. 1.)

    2.    On September 11, 2014, Magistrate Judge Nathanial Cousins issued the Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines. (ECF No. 4).  The Court scheduled the Case Management Conference for December 10, 2014, with the Case Management Statement due on December 3, 2014.  (*Id*.)

1

Stip. & Order Cont. Def.'s Responsive Pleading & Case Manage. Conf. Date   (14-CV-04111 NC)

3.   On October 22, 2014, the Court issued Summons to Defendant and Instructions regarding service of process to the U.S. Marshal's Service for the Northern District of California. (ECF No. 9.)

4.   On December 2, 2014, the Clerk of the Court issued a notice continuing the Initial Case Management Conference to January 7, 2015 at 10:00 AM.  (ECF No. 12.)

5.   On December 10, 2014, Defendant executed a Notice of Receipt and Acknowledgment of Summons. (ECF No. 14.)

6.   On December 31, 2014, Defendant answered Plaintiff's complaint. (ECF No. 21.)

7.   On January 6, 2015, the parties submitted a Joint Stipulation and Proposed Order moving the Case Management Conference so that the parties could engage in further discovery regarding the matter.  (ECF No. 22.)  The Court approved the stipulation and rescheduled the conference to April 15, 2015.  (ECF No. 24.)

8.   On April 8, 2015, the parties submitted an initial Joint Case Management Statement, noting their cooperation concerning assessment of the claims and defenses in the matter and ongoing informal discovery.  (ECF No. 25.)

9.   On April 10, 2015, the Court issued a Case Management Order directing that the last day to amend pleadings and add parties was June 12, 2015 and setting a further Case Management Conference for July 22, 2015.  (ECF No. 26.)

10.   On May 15, 2015, counsel for the parties conducted an ADR teleconference with the Northern District's ADR Program Director.  After discussing the parties' ongoing assessment of the case, the parties agreed to a further ADR conference on July 21, 2014.  (*See* Court Docket.)

11.   On June 12, 2015, Plaintiff filed an amended complaint, adding Defendant R. Turner. (ECF No. 27.)

12.   On July 2, 2015, the Court directed the Clerk of the Court to issue a summons for Defendant Turner on the amended complaint.  (ECF No. 28.)  The Clerk issued a summons on July 7, 2015.  (ECF No. 28.)

13.   The parties jointly request that the Court extend the date for Defendants to respond to Plaintiff's amended complaint and extend dates regarding the upcoming Case Management

2

Stip. & Order Cont. Def.'s Responsive Pleading & Case Manage. Conf. Date   (14-CV-04111 NC)

Conference. Plaintiff recently filed an amended complaint, and the parties have completed informal discovery and are currently assessing their respective positions and the merits of the case. The additional requested time will allow the parties to explore resolving this matter before engaging in protracted litigation and the unnecessary expense of resources. So that the parties can consider resolution of the case and better use the Court's time and resources, the parties respectfully request that the Court extend dates as detailed below. Because no other dates have been set, and given the early stage of the litigation, the requested time modification has no impact on the case's schedule.

ACCORDINGLY, the parties stipulate and respectfully request that the Court issue an order continuing relevant procedural dates in the suit and deadlines set forth in the April 10, 2015 Case Management Order as follows:

| | |
|---|---|
| September 4, 2015 | Defendants' Answer or Responsive Pleading due |
| September 9, 2015 | Case Conference Statement due |
| September 16, 2015 | Case Management Conference |

IT IS SO STIPULATED.

Dated:   7/7/2015         /s/ Mark W. Kelsey
                          Mark W. Kelsey
                          Law Offices of Mark W. Kelsey
                          Attorney for Plaintiff Mark Perry


Dated:   7/7/2015         /s/ Kyle A. Lewis
                          Kyle A. Lewis[1]
                          California Attorney General's Office
                          Attorneys for Defendant K. Chappell

SF2014410457
20757548.doc

---

[1] In accordance with Civil L.R. 5-1(i)(3), counsel for Defendant attests that concurrence in the filing of this stipulation has been obtained from Plaintiff's counsel.

3

Stip. & Order Cont. Def.'s Responsive Pleading & Case Manage. Conf. Date   (14-CV-04111 NC)

**ORDER**

Having reviewed and considered the Joint Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that relevant dates in this action and deadlines set forth in the Court's April 10, 2015 Case Management Order be continued as follows:

| | |
|---|---|
| September 4, 2015 | Defendants' Answer or Responsive Pleading due |
| September 9, 2015 | Case Conference Statement due. Defendant R. Turner must file consent or declination by this date. |
| September 16, 2015 | Case Management Conference set for 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. |

Dated: July 15, 2015

NATHANAEL M. COUSINS
Magistrate Judge
United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins